# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Christmas Tree Shops, LLC<br>    Debtor | Bankruptcy Case No.: 23−10576−TMH<br><br>Bankruptcy Chapter: 7 |
| George L. Miller<br><br>    Plaintiff<br><br>vs.<br><br>LHCH Enterprises Limited<br><br>    Defendant | <br><br>Adversary No. 25−50866−TMH |

### ORDER

    **AND NOW**, the Plaintiff having commenced this adversary proceeding on 5/5/25 ;
**And** no Summons and Notice and/or Certificate of Service having been filed
**And** the Plaintiff having taken no action, this proceeding will be dismissed for lack of prosecution and is hereby
    **ORDERED** that the above−captioned Adversary Proceeding is **DISMISSED**.


                                                                         Thomas M Horan
                                                                         Bankruptcy Judge

Date: 8/8/25
(VAN−436a)

United States Bankruptcy Court
District of Delaware

Miller,
    Plaintiff

Adv. Proc. No. 25-50866-TMH

LHCH Enterprises Limited,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 08, 2025 | Form ID: van436a | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | LHCH Enterprises Limited, Room F 6/F Mega Cube, No. 8 Wang Kwong Road, KLN, Hong Kong |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Aug 08 2025 20:18:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Aug 08 2025 20:18:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| pla | + Email/Text: gmiller@mctllp.com | Aug 08 2025 20:18:00 | George L. Miller, 1628 John F. Kennedy Boulevard, Suite 950, Philadelphia, PA 19103-2110 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2025 at the address(es) listed

| District/off: 0311-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 08, 2025 | Form ID: van436a | Total Noticed: 4 |

**below:**

| Name | Email Address |
|---|---|
| Bradford J. Sandler | on behalf of Plaintiff George L. Miller bsandler@pszjlaw.com  abates@pszjlaw.com |
| Peter J Keane | on behalf of Plaintiff George L. Miller pkeane@pszjlaw.com |

TOTAL: 2